MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| ULYSSES WILKERSON and ANGELA WILLIAMS <br> *Plaintiff* <br> v. <br> BRANDON HICKS, ET AL. <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) |

Civil Action No. 2:19-cv-00898-SMD

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Brandon Hicks
c/o City Clerk Shannon Bryan
301 Charles W. Meeks, Ave.
Troy, AL  36081

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julian L. McPhillips, Jr.
516 S. Perry Street
Montgomery, AL  36104
(334) 262-1911
julianmcphillips@msg-lawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date: 11/25/19

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.  2:19-cv-00898-SMD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)*   BRANDON HICKS

was received by me on *(date)* _____ .

☐  I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐  I returned the summons unexecuted because _____ ; or

☐  Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 .

I declare under penalty of perjury that this information is true.


Date: _____           _____
                                         *Server's signature*

                                     Kaylon D. Jenkins
                                _____
                                     *Printed name and title*

                                     516 S. Perry Street
                                     Montgomery, AL  36104
                                     (334) 262-1911
                                _____
                                     *Server's address*

Additional information regarding attempted service, etc:

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Middle District of Alabama

| | | |
|---|---|---|
| ULYSSES WILKERSON and ANGELA WILLIAMS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:19-cv-00898-SMD |
| BRANDON HICKS, ET AL. | ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Barry Rodgers
c/o City Clerk Shannon Bryan
301 Charles W. Meeks, Ave.
Troy, AL  36081

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Julian L. McPhillips, Jr.
516 S. Perry Street
Montgomery, AL  36104
(334) 262-1911
julianmcphillips@msg-lawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date: 11/25/19

_____
*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-00898-SMD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*   BARRY RODGERS

was received by me on *(date)*                              .

    ☐  I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

    ☐  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ☐  I returned the summons unexecuted because _____ ; or

    ☐  Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .


I declare under penalty of perjury that this information is true.


Date: _____

                                               _____
                                                      *Server's signature*

                                               Kaylon D. Jenkins
                                                      *Printed name and title*

                                               516 S. Perry Street
                                               Montgomery, AL  36104
                                               (334) 262-1911

                                                        *Server's address*

Additional information regarding attempted service, etc:

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | | |
|---|---|---|
| ULYSSES WILKERSON and ANGELA WILLIAMS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:19-cv-00898-SMD |
| BRANDON HICKS, ET AL. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Jason Barron
> c/o City Clerk Shannon Bryan
> 301 Charles W. Meeks, Ave.
> Troy, AL  36081

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Julian L. McPhillips, Jr.
> 516 S. Perry Street
> Montgomery, AL  36104
> (334) 262-1911
> julianmcphillips@msg-lawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date:  __11/25/19__

_____
*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-00898-SMD

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*    JASON BARRON _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*




My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00 _____ .


I declare under penalty of perjury that this information is true.


Date: _____            _____
                                        *Server's signature*

                                        Kaylon D. Jenkins
                                 _____
                                       *Printed name and title*

                                        516 S. Perry Street
                                        Montgomery, AL  36104
                                        (334) 262-1911
                                 _____
                                        *Server's address*


Additional information regarding attempted service, etc:

MD AL  MODIFIED AO 440  (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | | |
|---|---|---|
| ULYSSES WILKERSON and ANGELA WILLIAMS | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:19-cv-00898-SMD |
| BRANDON HICKS, ET AL. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Brandon Kirkland
> c/o City Clerk Shannon Bryan
> 301 Charles W. Meeks, Ave.
> Troy, AL  36081

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a  Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Julian L. McPhillips, Jr.
> 516 S. Perry Street
> Montgomery, AL  36104
> (334) 262-1911
> julianmcphillips@msg-lawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA P. HACKETT, CLERK OF COURT

Date: 11/25/19

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-00898-SMD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)*    BRANDON KIRKLAND

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Kaylon D. Jenkins
_____
*Printed name and title*

516 S. Perry Street
Montgomery, AL  36104
(334) 262-1911
_____
*Server's address*

Additional information regarding attempted service, etc:

MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Alabama

| | |
|---|---|
| ULYSSES WILKERSON and ANGELA WILLIAMS | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No. 2:19-cv-00898-SMD |
| BRANDON HICKS, ET AL. | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Michael Watts
> c/o City Clerk Shannon Bryan
> 301 Charles W. Meeks, Ave.
> Troy, AL 36081

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Julian L. McPhillips, Jr.
> 516 S. Perry Street
> Montgomery, AL 36104
> (334) 262-1911
> julianmcphillips@msg-lawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DEBRA P. HACKETT, CLERK OF COURT*

Date: 11/25/19

_____

*Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No. 2:19-cv-00898-SMD

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(1))*

This summons for *(name of individual and title, if any)*    MICHAEL WATTS

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Kaylon D. Jenkins
*Printed name and title*

516 S. Perry Street
Montgomery, AL  36104
(334) 262-1911

_____
*Server's address*

Additional information regarding attempted service, etc: