**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ULYSSES WILKERSON, and ANGELA** | ) | |
| **WILLIAMS, as mother of ULYSSES** | ) | |
| **WILKERSON** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CASE NO:  2:19-cv-00898-SMD** |
| **v.** | ) | |
| | ) | |
| **BRANDON  HICKS, et al.;** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## PLAINTIFFS' CONFLICT DISCLOSURE STATEMENT

COME NOW the Plaintiffs, Ulysses Wilkerson and Angela Williams, by and through

their undersigned counsel of record, and in accordance with the Order of this Court, make the

following disclosure concerning parent companies, subsidiaries, partners, limited liability entity

members and mangers, trustees (but not trust beneficiaries), affiliates, or similar entities

reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

__X____        The plaintiffs are individuals, or

_____        This party is a governmental entity, or

_____        There are no entities to be reported, or

_____        The following entities and their relationship to the party are hereby reported:


Reportable Entity                                    Relationship to Party

_____            _____

/s/ Julian L. McPhillips, Jr.
Julian L. McPhillips, Jr. (ASB-3744-L74J)
Counsel for Plaintiffs


/s/ K. David Sawyer
K. David Sawyer (ASB-5793-R61K)
Counsel for Plaintiffs

**OF COUNSEL:**

**Julian L. McPhillips, Jr.**
MCPHILLIPS SHINBAUM, L.L.P.
516 South Perry Street
Montgomery, Alabama 36104
(334) 262-1911
(334) 263-2321         FAX
julianmcphillips@msg-lawfirm.com

**K. David Sawyer, Esq.**
Of-Counsel
516 South Perry Street
Montgomery, Alabama 36104
(334) 356-4301
(334) 263-2321         FAX
kdsawyer64@outlook.com

/s/ Julian L. McPhillips, Jr.
Julian L. McPhillips, Jr.
McPhillips Shinbaum, LLP
516 S. Perry Street
Montgomery, AL  36104
Telephone: (334) 262-1911
Facsimile: (334) 263-2321
julianmcphillips@msg-lawfirm.com
Counsel for Ulysses Wilkerson
and Angela Williams