MD AL MODIFIED AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Alabama

| | |
|---|---|
| ULYSSES WILKERSON and ANGELA WILLIAMS )<br>*Plaintiff* )<br>v. )<br>BRANDON HICKS, ET AL. )<br>*Defendant* ) | Civil Action No. 2:19-cv-00898-SMD |

## ALIAS SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

        Brandon Hicks
        c/o City Clerk Shannon Bryan
        301 Charles W. Meeks, Ave.
        Troy, AL  36081

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.P. 12 (a)(2) or (3) — or 90 days in a Social Security action — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Julian L. McPhillips, Jr.
        516 S. Perry Street
        Montgomery, AL  36104
        (334) 262-1911
        julianmcphillips@msg-lawfirm.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA P. HACKETT, CLERK OF COURT

Date: Dec. 3, 2019

                              *Signature of Clerk or Deputy Clerk*

MD AL MODIFIED AO 440 (Rev. 02/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

 ❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

 ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

 ❐ I returned the summons unexecuted because _____ ; or

 ❐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

              _____
              *Server's signature*

              _____
              *Printed name and title*

              _____
              *Server's address*

Additional information regarding attempted service, etc:

U. S. District Court
Middle District of Alabama
One Church Street, Suite B-110
Montgomery, AL 36104

CERTIFIED MAIL

7016 2070 0000 0829 8983

$ 006.80
02 1P
0000254836 DEC 03 2019
MAILED FROM ZIP CODE 36104

RECEIVED
2019 DEC 27 A 8 18
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Refused

Brandon Hicks
c/o City Clerk Shannon Bryan
301 Char
Troy, Ala

neopost
12/04/2019
US POSTAGE $00.15
ZIP 36104
041L11240889

NIXIE    352   DE 1       0012/24/19

RETURN TO SENDER
REFUSED
UNABLE TO FORWARD

REF    BC: 36104401801    *2375-00873-24-30
36104>4018